IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DAWN MARIE GRAVATT-KEMPNER**                          **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO.: 3:18CV190-MPM-JMV**

**KINDEE GIVEN**                                                **DEFENDANT**

## ORDER STAYING ALL PROCEEDINGS

The docket reflects that on March 19, 2019, Attorney Miranda Williford filed a Suggestion of Bankruptcy [28] on behalf of Defendant Kindee Given. It appears Defendant filed for relief under Chapter 7 of the United States Bankruptcy Code on March 6, 2019. Accordingly, all proceedings in this action are **STAYED** pursuant to the automatic stay provided for under 11 U.S.C. § 362.

**SO ORDERED** this 7th day of May, 2019.

                                                             /s/ Jane M. Virden
                                                             UNITED STATES MAGISTRATE JUDGE